UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:26cr |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| ROBERT K. DAILEY | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. Defendant ROBERT K. DAILEY was a resident of Fort Mill, South Carolina.

2. DAILEY owned and controlled RemeDy Financial Services, LLC ("RemeDy Financial"), located in Charlotte, North Carolina. DAILEY controlled the bank accounts of RemeDy Financial.

3. DAILEY owned and controlled Roma Capital LLC ("Roma Capital"), located in Charlotte, North Carolina. Roma Capital served as an agent and consultant to assist clients in obtaining relief funds. DAILEY controlled the bank accounts of Roma Capital.

4. Beginning in 2020 and continuing through at least December 2023, DAILEY engaged in a scheme to defraud the United States Small Business Administration ("SBA") and third-party participating lenders ("SBA approved lenders") of more than $4.6 million in Paycheck Protection Program ("PPP") and Economic Injury Disaster Loan ("EIDL") funds

(collectively, "relief funds") by submitting and causing to be submitted materially false and fraudulent loan applications on behalf of himself and other businesses ("clients").

5. It was part of the scheme that DAILEY knowingly submitted, and caused to be submitted, PPP loan and EIDL applications and supporting documents for RemeDy Financial and other businesses that DAILEY had a personal association with that contained materially false statements and misrepresentations regarding the businesses' income, gross revenues, expenses, number of employees, and use of funds, amongst others. DAILEY also attached fabricated tax returns and other business documents to the applications. As a result, DAILEY caused almost $2 million in fraudulently obtained relief funds to be disbursed to bank accounts he controlled

6. It was part of the scheme that DAILEY, in exchange for loan preparation fees, knowingly submitted, and caused to be submitted, PPP loan and EIDL applications and supporting documents on behalf of clients known and unknown, that contained materially false statements and misrepresentations regarding those customers' business income, gross revenues, expenses, and number of employees, amongst others, and attached false tax returns to the applications. DAILEY caused at least $2.7 million in fraudulently obtained relief funds to be disbursed to his clients' bank accounts.

7. Beginning in or about March 2020, through at least on or about December 31, 2023, in the Western District of North Carolina, and elsewhere, DAILEY, with the intent to defraud, did knowingly and intentionally devise the above-described scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and for the purpose of executing such scheme and artifice to defraud, did transmit and cause to be transmitted by means of wire communication in interstate commerce any writing, signal, picture, and sound, to wit, electronic loan applications, wire transfers, emails, and other electronic financial transactions in interstate commerce.

8. On or about about April 14, 2022, in the Western District of North Carolina and elsewhere, DAILEY did knowingly engage and attempt to engage in a monetary transaction by, through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, money deposits which represented fraudulently obtained relief funds, such property having been derived from a specified unlawful activity, that is, wire fraud, *to wit*, a wire transfer from RemeDy Financial's BB&T Account x5231 in the amount of $124,780.88, and that while conducting and attempting to conduct such monetary transaction knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

9. DAILEY acted knowingly and with the intent to defraud.

2

RUSS FERGUSON
UNITED STATES ATTORNEY

Caryn Finley
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis and the Bill of Information in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Information. I hereby certify that the defendant does not dispute this Factual Basis.

C. Melissa Owen, Attorney for Defendant

DATED: 5/20/26

3